Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Plas-Pak Industries    v.    Sulzer Mixpac AG

No. 2014-1447

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)
Plas-Pak Industries certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:
Plas-Pak Industries

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:
N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:
None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:
David Arnold, Cantor Colburn LLP

5/8/14
Date

Signature of counsel
Andrew C. Ryan
Printed name of counsel

Please Note: All questions must be answered
cc: See Attached

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of May, 2014, the foregoing was filed electronically with the U.S. Court of Appeal for the Federal Circuit by means of the Court's CM/ECF system. I further certify that the foregoing was served on the following counsel of record by means of electronic mail as well as by the Court's CM/ECF system, which should have sent a Notice of Docket Activity:

Thomas C. Basso
K&L Gates LLP
Suite 3100
Firm: 312-372-1121
70 West Madison Street
Chicago, IL 60602-4207
Email: thomas.basso@klgates.com

/s/ Andrew C. Ryan
Andrew C. Ryan
CANTOR COLBURN LLP
20 CHURCH Street, 22nd Floor
Hartford, CT 06103