NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PLAS-PAK INDUSTRIES, INC.,**
*Appellant,*

v.

**SULZER MIXPAC AG,**
*Appellee.*

---

2014-1447

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 95/001,656.

-------------------------------------------------------------------

**PLAS-PAK INDUSTRIES, INC.,**
*Appellant,*

v.

**RICHARD PARKS CORROSION TECHNOLOGIES, INC.,**
*Appellee.*

---

2014-1451

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,371.

———————

# O R D E R

The above-captioned appeals are related.

Accordingly,

IT IS ORDERED THAT:

2014-1447 and 2014-1451 shall be considered companion cases and assigned to the same merits panel for oral argument.

                              FOR THE COURT

                              <u>/s/ Daniel E. O'Toole</u>
                              Daniel E. O'Toole
                              Clerk of Court

s30