NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PLAS-PAK INDUSTRIES, INC.,**
*Appellant*

v.

**SULZER MIXPAC AG,**
*Appellee*

---

14-1447
(Serial No. 95/001,656 )

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of the Appellant, Plas-Pak Industries, Inc.'s, unopposed motions to extend time to file their principal brief until July 11, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                    FOR THE COURT

June 13, 2014                  /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

cc: Alan L. Barry
Thomas C. Basso
Matthew Scott Dicke
Suzanne E. Konrad
Michael Thomas Murphy
Andrew C. Ryan